F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 1 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00640-PAB-KLM

MARK EUGENE HOWARD,

       Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAS ANIMAS
       IN THE STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF [sic] OFFICE,
LAS ANIMAS COUNTY SHERIFF JAMES W. CASIAS,
LAS ANIMAS COUNTY UNDERSHERIFF DEREK NAVARETTE,
LAS ANIMAS COUNTY OFFICE OF THE COUNTY ATTORNEY,
MARY D. NEWNAM, Attorney,
JESSIE MANZANARES, Attorney,
TIMOTHY P. SCHIMBERG, Attorney,
FOWLER, SCHIMBERG, FLANAGAN, P.C.,
JONATHAN CROSS, Attorney,
SEAN LANE, Attorney,
CROSS AND LANE P.C., and
COUNTY TECHNICAL SERVICES INC.

       Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendants. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendants.  All costs of service shall

be advanced by the United States.

DATED August 10, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00640-PAB-KLM

Mark E. Howard
PO Box 6281
Colorado Springs, CO 80934

US Marshal Service
Service Clerk
Service forms for: The Board of County Commissioners of the County of Las Animas, Las Animas County Sheriff [sic] Office, Las Animas County Sheriff James W. Casias, Las Animas County Undersheriff Derek Navarette, Las Animas County Office of the County Attorney, Mary D. Newnam, Attorney, Jessie Manzanares, Attorney, Timothy P. Schimberg, Attorney, Fowler, Schimberg, Flanagan, P.C., Jonathan Cross, Attorney, Sean Lane, Attorney, Cross and Lane P.C., and County Technical Services Inc.

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on The Board of County Commissioners of the County of Las Animas, Las Animas County Sheriff [sic] Office, Las Animas County Sheriff James W. Casias, Las Animas County Undersheriff Derek Navarette, Las Animas County Office of the County Attorney, Mary D. Newnam, Attorney, Jessie Manzanares, Attorney, Timothy P. Schimberg, Attorney, Fowler, Schimberg, Flanagan, P.C., Jonathan Cross, Attorney, Sean Lane, Attorney, Cross and Lane P.C., and County Technical Services Inc.: AMENDED COMPLAINT FILED 05/28/09, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on _8-11-09_ .

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk