IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00640-PAB-KLM

MARK EUGENE HOWARD,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAS ANIMAS
    IN THE STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF [sic] OFFICE,
LAS ANIMAS COUNTY SHERIFF JAMES W. CASIAS,
LAS ANIMAS COUNTY UNDERSHERIFF DEREK NAVARETTE,
LAS ANIMAS COUNTY OFFICE OF THE COUNTY ATTORNEY,
MARY D. NEWNAM, Attorney,
JESSIE MANZANARES, Attorney,
TIMOTHY P. SCHIMBERG, Attorney,
FOWLER, SCHIMBERG, FLANAGAN, P.C.,
JONATHAN CROSS, Attorney,
SEAN LANE, Attorney,
CROSS AND LANE P.C., and
COUNTY TECHNICAL SERVICES INC.

    Defendants.
_____

**ORDER OF DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**
_____

    THIS MATTER comes before the Court upon plaintiff's Motion for Voluntary Dismissal of Defendants Jonathan Cross, Sean Lane, and Cross and Lane, P.C. [Docket No. 103]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the motion [Docket No. 103] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Jonathan Cross, Sean Lane, and Cross and Lane, P.C. only are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 30, 2009.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge